UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- :
                                            :
PABLO E. PELAEZ,                            :
                                            :        12cv7796
                           Plaintiff,       :
                                            :        ORDER
       -against-                            :
                                            :
NANCY A. BERRYHILL, *Acting*                :
*Commissioner, Social Security*             :
*Administration*,                           :
                                            :
                           Defendant.       :
                                            :
------------------------------------------- :

WILLIAM H. PAULEY III, District Judge:

          Plaintiff Pablo E. Pelaez moves pursuant to 42 U.S.C. § 406(b) seeking approval

of the October 2012 contingent fee agreement between Pelaez and his attorney, Christopher J.

Bowes.  On December 1, 2017, this Court referred the matter to Magistrate Judge James L. Cott

for a Report and Recommendation.  On December 14, 2017, Magistrate Judge Cott issued his

Report and Recommendation, recommending that this Court grant Pelaez's unopposed motion.

No objections to the Report and Recommendation have been filed.

          A district court "may accept, reject, or modify, in whole or in part, the findings or

recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1)(C).  In reviewing a

Report and Recommendation that has not been objected to, a court "need only satisfy itself that

there is no clear error on the face of the record."  Simms v. Graham, 2011 WL 6072400, at *1

(S.D.N.Y. Dec. 6, 2011).

          This Court has reviewed Magistrate Judge Cott's thorough and well-reasoned

Report and Recommendation, and finds that it is not erroneous on its face.  See 28 U.S.C. §

636(b)(1)(C).  Accordingly, this Court adopts the Report and Recommendation in its entirety.

The parties' failure to file written objections to the Report and Recommendation precludes appellate review of this decision.  See Thomas v. Arn, 474 U.S. 140, 155 (1985).

Accordingly, Pelaez's motion for approval of the contingent fee agreement is granted.  The Social Security Administration is directed to approve an attorney fee of $21,774.50 out of the past due Social Security Disability benefits payable to Pelaez, less the $6,586 already paid to Bowes under the Equal Access to Justice Act, for a net payment of $15,188.50.

Dated: January 3, 2018
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.